02/04/2004 11:25 FAX ☒008

# United States District Court

DISTRICT OF MASSACHUSETTS

GROUND EXPRESS, INC.

SUMMONS IN A CIVIL ACTION

v.

CASE NUMBER:

FedEx CORPORATION

**03 CV 12544 WGY**

TO: (Name and Address of Defendant)

CT Corporation System
530 Gay Street
Knoxville, TN 37902

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Thomas C. O'Konski, Esq. (BBO #377,435)
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK



DATE 12·18·03

BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 2-4-04 |
| NAME OF SERVER | TITLE |
| Joe Walker | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served Special Assistant Secretary for Service of Process to C. T. Corporation System, the Registered Agent for FedEx Corporation
Company

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-4-04                  Joe Walker                      PROCESS SERVER
              Date                   Signature of Server

K C P S, INC.
P. O. BOX 1748
KNOXVILLE, TN 37901-1748
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.