IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GROUND EXPRESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03 CV 12544 (WGY) |
| ) | |
| FedEx CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADINGS**

Plaintiff, Ground Express, Inc., and defendant, FedEx Corporation, through their respective counsel, hereby stipulate to extend the time for FedEx Corporation to answer, move against, or otherwise respond to the complaint in this action for 14 days, up to and including March 9, 2004.

John C. Filosa
Baker & McKenzie
Attorney for Defendant
(FedEx Corporation)
One Prudential Plaza, Suite 3500
130 East Randolf Drive
Chicago, IL 60601
Tel. (312) 861-8000
Facsimile (312) 861-2899

Thomas C. O'Konski (BBO #377475)
John L. Capone (BBO # 656150)
Kevin Gannon (BBO # 640931)
Cesari and McKenna, LLP
Attorney for Plaintiff
(Ground Express, Inc.
88 Black Falcon Avenue
Boston, Massachusetts 02210
Tel. (617) 951-2500
Facsimile (617) 951-3927

Dated: February 13, 2004

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Stipulation for Extension of Time to File Responsive Pleadings is being deposited with the United States Postal Service on February 15, 2004, in an envelope addressed to counsel for defendant, FedEx Corporation:

> John C. Filosa
> Baker & McKenzie
> 130 East Randolph Drive
> Chicago, Illinois  60601

CHIDOCS02-623168-v1