IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GROUND EXPRESS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FedEx CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 03 CV 12544 (WGY) |

## STIPULATION FOR EXTENSION
## OF TIME TO FILE RESPONSIVE PLEADINGS

Plaintiff, Ground Express, Inc., and defendant, FedEx Corporation, through their respective counsel, hereby stipulate, and respectfully request the Court, to extend the time for FedEx Corporation to answer, move against, or otherwise respond to the complaint in this action for an additional 14 days, up to and including April 6, 2004.

As grounds for this request, the parties state that they are in the final stages of discussions which could potentially resolve the issues raised in this action. The additional time is necessary to complete those discussions and determine whether the matter can be resolved without intervention by the Court.

John C. Filosa
Baker & McKenzie
Attorney for Defendant
(FedEx Corporation)
One Prudential Plaza, Suite 3500
130 East Randolf Drive
Chicago, IL 60601
Tel. (312) 861-8000
Facsimile (312) 861-2899

Thomas C. O'Konski (BBO #377475)
John L. Capone (BBO # 656150)
Kevin Gannon (BBO # 640931)
Cesari and McKenna, LLP
Attorney for Plaintiff
(Ground Express, Inc.
88 Black Falcon Avenue
Boston, Massachusetts 02210
Tel. (617) 951-2500
Facsimile (617) 951-3927

Dated: March 18, 2004

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing Stipulation for Extension of Time to File Responsive Pleadings is being deposited with the United States Postal Service on March 18, 2004, in an envelope addressed to counsel for defendant, FedEx Corporation:

        John C. Filosa
        Baker & McKenzie
        130 East Randolph Drive
        Chicago, Illinois  60601

_____

CHIDOCS02-623168-v1