IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

GROUND EXPRESS, INC.,

    Plaintiff,

v.

FedEx CORPORATION,

    Defendant

Civil Action No. 03 CV 12544 (WGY)

---

## FEDERAL EXPRESS CORPORATION'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify that counsel and an authorized representative of Federal Express Corporation have conferred (a) with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of the above-caption litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| FEDERAL EXPRESS CORPORATION | EDWARDS & ANGELL, LLP |
|---|---|
| By: Robert R. Ross, Esq.<br>Senior Attorney<br>3620 Hacks Cross Road<br>Building B—Second Floor<br>Memphis, Tennessee 38125<br>(901) 434-8369 | Steven M. Cowley (BBO No. 554534)<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>(617) 439-4444 |