IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GROUND EXPRESS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>FedEx CORPORATION,<br><br>  Defendant. | Civil Action No. 03-12544 WGY |

## PLAINTIFF'S CERTIFICATION UNDER LR 16.1(D)(3)

Plaintiff, Ground Express, Inc., hereby certifies that, in compliance with LR 16.1(D)(3), it has conferred with its counsel (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation, and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Ground Express, Inc.

By Its Attorneys,

_____
Thomas C. O'Konski, BBO #377475
John L. Capone, BBO#656150
Kevin Gannon, BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Fax: (617) 951-3927

Ground Express, Inc.

_____
Adam B. Colter