SCANNED
DATE: 4-27-04
BY: ___ ono

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GROUND EXPRESS, INC.<br><br>       Plaintiff,<br><br>v.<br><br>FedEx CORPORATION,<br><br>       Defendant. | Civil Action No. 03-12544 WGY<br><br>*May 4, 2005*<br>YOUNG, D.J.<br>So ordered as the case management scheduling order.<br>  Discovery due *Jan 31, 2005*<br>  Dispositive Motions due *Feb 16, 2005*<br><br>*William G. Young*<br>U.S. District Judge |

**JOINT STATEMENT**

The parties, Plaintiff, Ground Express, Inc. ("Ground Express"), and Defendant, FedEx Corporation ("FedEx"), submit this joint statement pursuant to Local Rule 16.1(D).

AGENDA FOR SCHEDULING CONFERENCE

1. Discovery Plan

   A. The parties propose the following as a discovery plan:

   May 12, 2004--Deadline for motions to amend the pleadings.

   October 13, 2004—Close of Fact discovery.

   November 10, 2004--Deadline for serving expert reports on any issue as to which the party bears the burden of proof.

   December 10, 2004--Deadline for rebuttal expert reports.

   January 31, 2005—Close of Expert Discovery.

   February 16, 2005--Deadline for filing all other dispositive motions.

B. The parties agree there will be no exceptions to the limitations on discovery events in the Federal and Local Rules.

2. Trial Before Magistrate Judge

The parties do not assent to a trial before a Magistrate Judge.

3. Alternative Dispute Resolution

The parties do not assent to Alternative Dispute Resolution.

4. Certifications

Ground Express' certification pursuant to Local Rule 16.1(D)(4) is attached. FedEx's certification will be filed under separate cover.

Ground Express, Inc.

By Its Attorneys,

_____
Thomas C. O'Konski, BBO #377475
John L. Capone, BBO #656150
Kevin Gannon, BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Fax: (617) 951-3927


FedEx Corporation

By Its Attorneys,

_____
Steven M. Cowley
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 439-4444
Fax: (617) 439-4170

Robert R. Ross, Esq.
Senior Attorney
Federal Express Corporation
3620 Hacks Cross Rd.
3rd Floor, Building B
Memphis, Tennessee 38125

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served by first class mail on April 26 2004 to:

Steven M. Cowley
Edwards & Angell, LLP
101 federal Street
Boston, MA 02110

_____
Kevin Gannon