IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**ORIGINAL**

|  |  |
|---|---|
| GROUND EXPRESS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | May 19, 2004 |
| v. ) | Civil Action No. 03-12544 WGY |
| ) | YOUNG, D.J. |
| ) | So ordered as the case management |
| FedEx CORPORATION, ) | scheduling order. |
| ) | Discovery due Sept 1, 2004 |
| Defendant. ) | Dispositive Motions due Sept 1, 2004 |
| ) | |
|  | _William G. Young_ |
|  | U.S. District Judge |

### SUPPLEMENTAL JOINT STATEMENT

The parties, Plaintiff, Ground Express, Inc. ("Ground Express"), and Defendant, FedEx Corporation ("FedEx"), submit this supplemental joint statement pursuant to Local Rule 16.1(D).

1. Discovery Plan

    A. The parties jointly propose the following as a discovery plan:

    June 15, 2004--Deadline for motions to amend the pleadings.

    August 2, 2004—Close of Fact discovery.

    August 6, 2004--Deadline for serving expert reports on any issue as to which the party bears the burden of proof.

    August 16, 2004--Deadline for rebuttal expert reports.

    September 1, 2004—Close of Expert Discovery.

    September 1, 2004--Deadline for filing all other dispositive motions.

    B. The parties agree there will be no exceptions to the limitations on discovery events in the Federal and Local Rules.

2. Trial Before Magistrate Judge

The parties do not assent to a trial before a Magistrate Judge.

3. <u>Alternative Dispute Resolution</u>

The parties do not assent to Alternative Dispute Resolution.

4. <u>Certifications</u>

The parties' certifications pursuant to Local Rule 16.1(D)(4) have already been filed.

Ground Express, Inc.

By Its Attorneys,

*/s/ Thomas C. O'Konski*

Thomas C. O'Konski, BBO #377475
John L. Capone, BBO #656150
Kevin Gannon, BBO #640931
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
Telephone: (617) 951-2500
Fax: (617) 951-3927


FedEx Corporation

By Its Attorneys,

*/s/ Robert R. Ross by WK*

Steven M. Cowley
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Telephone: (617) 439-4444
Fax: (617) 439-4170

Robert R. Ross, Esq.
Senior Attorney
Federal Express Corporation
3620 Hacks Cross Rd.
3rd Floor, Building B
Memphis, Tennessee 38125

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served by first class mail on May 17, 2004 to:

>Steven M. Cowley
>Edwards & Angell, LLP
>101 federal Street
>Boston, MA 02110
>
>Robert R. Ross, Esq.
>Senior Attorney
>Federal Express Corporation
>3620 Hacks Cross Rd.
>3rd Floor, Building B
>Memphis, Tennessee 38125