IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GROUND EXPRESS, INC.<br><br>Plaintiff,<br><br>v.<br><br>FedEx CORPORATION,<br><br>Defendant. | Civil Action No. 03-12544 WGY |

## STIPULATION OF DISMISSAL

The parties, having resolved their differences by agreement, hereby stipulate, through their undersigned attorneys, to dismiss this action, including all claims and counterclaims therein, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), with each party bearing its own costs and attorneys fees.

FedEx Corporation

By Its Attorneys,

_/s/ Steven M. Cowley_
Steven M. Cowley
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

Date: 7-14-04

Ground Express, Inc.

By Its Attorneys,

_/s/ Thomas C. O'Konski_
Thomas C. O'Konski
John L. Capone
Kevin Gannon
Cesari and McKenna, LLP
88 Black Falcon Avenue
Boston, MA 02210
(617) 951-2500

Date: 7-14-04

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served by first class mail on 7/14/04 to:

Steven M. Cowley
Edwards & Angell, LLP
101 federal Street
Boston, MA 02110

*[signature]*